```
TYKESHA ROSETTE BROWN          SOCIAL SECURITY ADMINI
1224 29TH ST                   C/O U.S. ATTORNEY
APT M52                        501 E. COURT ST
GULFPORT, MS 39501             STE 4.430
                               JACKSON, MS 39201


THOMAS C. ROLLINS, JR.         SOCIAL SECUTIY ADMIN
THE ROLLINS LAW FIRM, PLLC     P.O. BOX 5480
P.O. BOX 13767                 PORTLAND, OR 97228
JACKSON, MS 39236



CREDIT COLLECTION SERV         TEKCOLLECT INC
ATTN: BANKRUPTCY               ATTN: BANKRUPTCY
725 CANTON ST                  PO BOX 1269
NORWOOD, MA 02062              COLUMBUS, OH 43216



EXETER FINANCE LLC             US ATTORNEY GENERAL
ATTN: BANKRUPTCY               US DEPT OF JUSTICE
PO BOX 166008                  950 PENNSYLVANIA AVENW
IRVING, TX 75016               WASHINGTON, DC 20530-0001



GULF COAST COMM FCU
ATTN: BANKRUPTCY
12364 HIGHWAY 49
GULFPORT, MS 39503



H&R BLOCK
ATTN: BANKRUPTCY
PO BOX 30674
SALT LAKE CITY, UT 84130



HEALTHCARE FINANCIAL
1707 EYE ST
SUITE 300
BAKERSFIELD, CA 93301



NELNET
PO BOX 82561
LINCOLN, NE 68501



SECURITY CREDIT SERV
ATTN: BANKRUPTCY
PO BOX 1156
OXFORD, MS 38655
```