_____



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: September 8, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:
TYKESHA ROSETTE BROWN                  CHAPTER 13

                                        CASE NO: 25-51224-KMS

<u>ORDER RELEASING EARNINGS OF DEBTOR</u>
**TYKESHA ROSETTE BROWN (SSN # XXX-XX-5790)**

THE ORDER **(Dkt. 11)** heretofore entered in these proceedings by which the debtor's employer:

         PASS CHRISTIAN HEALTH AND REHAB
         538 MENGE AVE
         PASS CHRISTIAN, MS 39571

was directed to pay Debtor's wages or a portion thereof to:

         WARREN A. CUNTZ, JR. TRUSTEE
         P.O. BOX 3749
         GULFPORT MS 39505-3749
         (228) 831-9531 / (228) 831-9902

<u>**IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**</u>

##END OF ORDER##