MSSB-7007.1-Bk (11/23)

# United States Bankruptcy Court
# Southern District of Mississippi

In re: **Tykesha Rosette Brown**  
_Debtor(s)_

Case No.: **25-51224-KMS**

Chapter: **13**

## Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, **Exeter Finance LLC**, a
[Name of Corporate Party]

**[Check One]**

☑ Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

☐ Corporate Debtor **FRBP 1007(a)(1)**

☐ Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

☐ Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

☑ The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

> Enzo Parent, LLC, 2101 W. John Carpenter Freeway, Irving, TX 75063-3228

**OR**

☐ There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: **09-16-25**

*/s/ Christopher D. Meyer*  
Attorney Signature

Christopher D. Meyer  
Attorney Name

103467  
State Bar Number

190 E. Capitol Street, M-100  
Address

Jackson, MS  39201  
City, State, and Zip Code

601-355-3434  
Telephone Number

cmeyer@burr.com  
Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**