# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51224  **Case Name:** Tykesha Rosette Brown

**Set:** 11/04/2025 10:00 am  **Chapter:** 13  **Type:** bk  **Judge:** Katharine M. Samson

**matter** Confirmation Hearing

Objection to Confirmation filed by Exeter Finance LLC (Dkt. #19) - AGREED ORDER SUBMITTED BY MEYER

Minute Entry Re: (related document(s): [10] Confirmation Hearing) An Agreed Order has been submitted by Meyer on the Objection filed by Exeter Finance LLC [19]. Tickle for date: 11/11/2025. Confirmation hearing removed. (mcc)