United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-51224-KMS
Tykesha Rosette Brown Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6    User: mssbad    Page 1 of 2
Date Rcvd: Nov 10, 2025    Form ID: n031    Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tykesha Rosette Brown, 1224 29th St, Apt M52, Gulfport, MS 39501-6212 |
| 5549299 | + | Healthcare Financial, 1707 Eye St, Suite 300, Bakersfield, CA 93301-5258 |
| 5549303 | + | Social Secutiy Admin, P.O. Box 5480, Portland, OR 97228-5480 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 10 2025 19:36:43 | Exeter Finance LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5549295 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 10 2025 19:33:00 | Credit Collection Serv, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5549296 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Nov 10 2025 19:36:46 | Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016-6008 |
| 5555472 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 10 2025 19:36:43 | Exeter Finance LLC Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 5565381 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 10 2025 19:36:43 | Exeter Finance LLC c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 5549297 | + | Email/Text: msd@gcc-fcu.com | Nov 10 2025 19:33:00 | Gulf Coast Community Federal Credit Union, 12364 Hwy 49, Gulfport, MS 39503-2741 |
| 5549298 | + | Email/Text: dleabankruptcy@hrblock.com | Nov 10 2025 19:33:00 | H&R Block, Attn: Bankruptcy, Po Box 30674, Salt Lake City, UT 84130-0674 |
| 5549300 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 10 2025 19:33:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 5549301 | + | Email/Text: cs@securitycreditservicesllc.com | Nov 10 2025 19:33:00 | Security Credit Serv, Attn: Bankruptcy, Po Box 1156, Oxford, MS 38655-1156 |
| 5549302 | + | Email/Text: ebone.woods@usdoj.gov | Nov 10 2025 19:33:00 | Social Security Admini, c/o U.S. Attorney, 501 E. Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5549304 | + | Email/Text: Bankruptcy@TekCollect.com | Nov 10 2025 19:33:00 | TekCollect Inc, Attn: Bankruptcy, Po Box 1269, Columbus, OH 43216-1269 |
| 5560491 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 10 2025 19:33:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 5549305 | ^ | MEBN | Nov 10 2025 19:31:34 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 13

District/off: 0538-6  User: mssbad  Page 2 of 2
Date Rcvd: Nov 10, 2025  Form ID: n031  Total Noticed: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 12, 2025  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher D Meyer | on behalf of Creditor Exeter Finance LLC cmeyer@burr.com sberry@burr.com;cmccann@burr.com;kpitts@burr.com;NDBKFL@burr.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Tykesha Rosette Brown trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com  waccourt1@gmail.com |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−51224−KMS
**Chapter:** 13

**In re:**

Tykesha Rosette Brown
1224 29th St
Apt M52
Gulfport, MS 39501

### Notice of Entry of Order Confirming Plan

The Court entered an Order on November 10., 2025 (Dkt. # 26 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court | Clerk, U.S. Bankruptcy Court |
| Southern District of Mississippi | Southern District of Mississippi |
| Thad Cochran U.S. Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 East Court Street, Suite 2.300 | 2012 15th Street, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |
| 601−608−4600 | 228−563−1790 |

Dated: November 10, 2025                    Danny L. Miller, Clerk of Court