_____



SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: March 3, 2026

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:                                                    CHAPTER 13
TYKESHA ROSETTE BROWN                     CASE NO: 25-51224 KMS

ORDER RELEASING EARNINGS OF DEBTOR

**THE ORDER (Dkt. 16)** heretofore entered in these proceedings by which the Debtor was required to pay his/her earnings and/or income, or a portion thereof, to the following named Trustee:

WARREN A. CUNTZ, JR., TRUSTEE

P.O. BOX 3749

GULFPORT MS 39505-3749

(228) 831-9531

**IS VACATED, AND THE ABOVE-NAMED DEBTOR IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

##END OF ORDER##