

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 3, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.

## HIN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**IN RE:**                                                          **CHAPTER 13**
**TYKESHA ROSETTE BROWN**                              **CASE NO.:  25-51224 KMS**

## ORDER DISMISSING CASE

**THIS MATTER** came on for consideration on Motion *Ore Tenus* of the Chapter 13 Trustee to dismiss Debtor's bankruptcy case, and the Court having considered the matter and being advised that the Debtor has failed to comply with the terms of this Court's Agreed Order Denying Trustee's Motion To Dismiss for Non-Payment (Dkt. 34), orders and adjudicates as follows:

**IT IS THEREFORE ORDERED** that based upon the Debtor's failure to comply with this Court's Agreed Order Denying Trustee's Motion To Dismiss for Non-Payment (Dkt. 34), Debtor's bankruptcy case is hereby dismissed.

##END OF ORDER##

Order Prepared and Submitted by:

Warren A. Cuntz, Jr.
Chapter 13 Trustee
P.O. Box 3749
Gulfport, MS 39505
(228) 831-9531