United States Bankruptcy Court
Southern District of Mississippi

In re:   Case No. 25-51224-KMS

Tykesha Rosette Brown   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 2
Date Rcvd: Mar 03, 2026      Form ID: ntcdsm      Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tykesha Rosette Brown, 1224 29th St, Apt M52, Gulfport, MS 39501-6212 |
| 5549299 | #+ | Healthcare Financial, 1707 Eye St, Suite 300, Bakersfield, CA 93301-5258 |
| 5549303 | + | Social Secutiy Admin, P.O. Box 5480, Portland, OR 97228-5480 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Mar 04 2026 00:33:00 | Exeter Finance LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5549295 | + | EDI: CCS.COM | Mar 04 2026 00:33:00 | Credit Collection Serv, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5549296 | | Email/Text: exeter@ebn.phinsolutions.com | Mar 03 2026 19:38:00 | Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016 |
| 5555472 | + | EDI: AISACG.COM | Mar 04 2026 00:33:00 | Exeter Finance LLC Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 5565381 | + | EDI: AISACG.COM | Mar 04 2026 00:33:00 | Exeter Finance LLC c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 5549297 | + | Email/Text: msd@gcc-fcu.com | Mar 03 2026 19:39:00 | Gulf Coast Community Federal Credit Union, 12364 Hwy 49, Gulfport, MS 39503-2741 |
| 5549298 | + | Email/Text: dleabankruptcy@hrblock.com | Mar 03 2026 19:38:00 | H&R Block, Attn: Bankruptcy, Po Box 30674, Salt Lake City, UT 84130-0674 |
| 5549300 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 03 2026 19:38:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 5549301 | + | Email/Text: cs@securitycreditservicesllc.com | Mar 03 2026 19:38:00 | Security Credit Serv, Attn: Bankruptcy, Po Box 1156, Oxford, MS 38655-1156 |
| 5549302 | + | Email/Text: ebone.woods@usdoj.gov | Mar 03 2026 19:39:00 | Social Security Admini, c/o U.S. Attorney, 501 E. Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5549304 | + | Email/Text: Bankruptcy@TekCollect.com | Mar 03 2026 19:38:00 | TekCollect Inc, Attn: Bankruptcy, Po Box 1269, Columbus, OH 43216-1269 |
| 5560491 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 03 2026 19:38:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1911 |
| 5549305 | ^ | MEBN | Mar 03 2026 19:32:21 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Mar 03, 2026 | Form ID: ntcdsm | Total Noticed: 16 |
| TOTAL: 13 | | |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher D Meyer | on behalf of Creditor Exeter Finance LLC cmeyer@burr.com sberry@burr.com;cmccann@burr.com;kpitts@burr.com;NDBKFL@burr.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Tykesha Rosette Brown trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com waccourt1@gmail.com |

TOTAL: 4

Form ntcdsm (Rev. 12/23)

## UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

Case No.: 25−51224−KMS
Chapter: 13

In re:
    Tykesha Rosette Brown
    1224 29th St
    Apt M52
    Gulfport, MS 39501

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
    xxx−xx−5794

Employer Tax Identification No(s). (if any):

### Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on March 3, 2026.

Dated: 3/3/26

Danny L. Miller, Clerk of Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790